I. NEEL CHATTERJEE (State Bar No. 173985)
THERESA A. SUTTON (State Bar No. 211857)
KATHERINE IKEDA (State Bar No. 219819)
PAUL S. MARCHEGIANI (State Bar No. 230635)
DOMINIQUE N. THOMAS (State Bar No. 231464)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:    650-614-7400
Facsimile:     650-614-7401

SHANNON MINTER (State Bar No. 168907)
COURTNEY JOSLIN (State Bar No. 202103)
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 570
San Francisco, CA  94102
Telephone:    415-392-6257
Facsimile:     415-392-8442

Attorneys for Plaintiffs, Michael Butler and Richard Butler

GLEN LAVY, AZ SBN 022922
BENJAMIN W. BULL, AZ SBN 009940
ROBERT H. TYLER, SBN 179572
DALE SCHOWENGERDT, AZ SBN 022684
BYRON J. BABIONE, NY REG. NO. 2714780
ALLIANCE DEFENSE FUND
15333 North Pima Road, Suite 165
Scottsdale, AZ 85260
Telephone:    (480) 444-0020
Facsimile:     (480) 444-0028

Attorneys for Defendants, Adoption Media, LLC, Adoption Profiles, LLC, Dale R. Gwilliam and Nathan W. Gwilliam

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL BUTLER and RICHARD BUTLER, as individuals and on behalf of the people of the state of California,<br><br>          Plaintiffs,<br><br>     v.<br><br>ADOPTION MEDIA, LLC, ADOPTION PROFILES, LLC, DALE R. GWILLIAM, NATHAN W. GWILLIAM, and DOES 1 through 100,<br><br>          Defendants. | CASE NO.  C04-0135 PJH<br><br>**MOTION FOR [~~PROPOSED~~] STIPULATED ORDER TO ENLARGE TIME TO FILE MOTION TO COMPEL** |

DOCSSV1:429706.1

1  Plaintiffs Michael Butler and Richard Butler and Defendants Adoption Media, LLC, Adoption Profiles, LLC, Dale R. Gwilliam and Nathan W. Gwilliam jointly move the Court pursuant to Civil L.R. 6-2 and 6-3 to enlarge the time in which parties may file motions to compel, in accordance with the following Stipulation to Enlarge Time to File Motions to Compel.

**STIPULATION TO ENLARGE TIME TO FILE MOTIONS TO COMPEL**

This Stipulation is made pursuant to Civil L.R. 6-2 by Plaintiffs and Defendants.

1. On September 2, 2005, the Court signed a stipulated order granting Plaintiffs' and Defendants' request to modify the Case Management and Pretrial Order of July 6, 2005, extending the time to amend pleadings or add parties to September 30, 2005;

2. On September 21, 2005, the Court signed a stipulated order granting Plaintiffs' and Defendants' request to modify the Case Management and Pretrial Order of September 2, 2005, resetting the hearing on the parties' motions for summary judgment;

3. The parties seek to enlarge the time by two weeks in which to file any motions to compel further responses and production to previously propounded written discovery. Plaintiffs believe that their deadline to file a motion to compel is currently October 12, 2005, and that this two week extension will permit them to file a motion to compel on or before October 26, 2005. Defendants believe the time for filing a motion to compel has already expired and will be unaffected by this stipulation. The parties are continuing to engage in meet and confer conversations and hope to resolve the outstanding issues without involvement of the Court;

4. Extending the foregoing deadline will have no additional impact on the schedule for the case as no other deadlines in the Case Management and Pretrial Order need rescheduling at this time. Accordingly, the parties stipulate to extend the deadline as set forth above, and respectfully request that the Court so order.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

//
//
//
//

DOCSSV1:429706.1

| | | |
|---|---|---|
| 1 | Dated: October 7, 2005 | ORRICK, HERRINGTON & SUTCLIFFE LLP |

/s/
Theresa A. Sutton

Attorneys for Plaintiffs
MICHAEL BUTLER AND RICHARD BUTLER

Dated: October 7, 2005    ALLIANCE DEFENSE FUND

/s/
Glen Lavy

Attorneys for Defendants
ADOPTION MEDIA, LLC, ADOPTION PROFILES, LLC, DALE R. GWILLIAM and NATHAN W. GWILLIAM

## ORDER

**FOR GOOD CAUSE SHOWN AND PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: October 11, 2005

THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE