I. NEEL CHATTERJEE (SBN 173985)
THERESA A. SUTTON (SBN 211857)
KATHERINE K. IKEDA (SBN 219819)
PAUL STEPHAN MARCHEGIANI (SBN 230635)
DOMINIQUE N. THOMAS (SBN 231464)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone: (650) 614-7400; Facsimile: (650) 614-7401

SHANNON MINTER (SBN 168907)
COURTNEY JOSLIN (SBN 202103)
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 570
San Francisco, CA  94102
Telephone: (415) 392-6257; Facsimile: (415) 392-8442

Attorneys for Plaintiffs Michael Butler and Richard Butler

GLEN LAVY (Admitted *Pro  Hac Vice*)
BYRON BABIONE (Admitted *Pro Hac Vice*)
DALE SCHOWENGERDT (Admitted *Pro Hac Vice*)
ALLIANCE DEFENSE FUND
15333 North Pima Road, Suite 165
Scottsdale, AZ  85260
Telephone: (480) 444-0020; Facsimile: (480) 444-0028
E-mail: glavy@telladf.org

Attorneys for Defendants Adoption Media, LLC; Adoption Profiles, LLC, Dale R. Gwilliam and Nathan W. Gwilliam

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL BUTLER and RICHARD BUTLER, as individuals and on behalf of the people of the state of California,<br><br>   Plaintiffs,<br><br>   v.<br><br>ADOPTION MEDIA, LLC, ADOPTION PROFILES, LLC, ADOPTION.COM, TRUE NORTH, INC., ARACAJU, INC., DALE R. GWILLIAM, NATHAN W. GWILLIAM, and DOES 1 through 100,<br><br>   Defendants. | Case No.  C-04-0135 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE TRIAL DATE AND ALL RELATED DATES THEREON** |

1  Plaintiffs Michael Butler and Richard Butler and Defendants Adoption Media, LLC,
2  Adoption Profiles, LLC, Dale R. Gwilliam and Nathan W. Gwilliam jointly move the Court, by
3  and through their counsel of record, pursuant to Civil L.R. 40-1, 7-1(a)(5), and 7-12 to continue
4  the trial date and modify all related dates thereon.

**STIPULATION TO MODIFY CASE MANAGEMENT AND PRETRIAL ORDER**

This Stipulation between the parties is made pursuant to Civil L.R. 7-12 and is based upon the following facts:

1. On November 2, 2005, the Court granted Plaintiffs' Motion for Leave to Amend the Complaint. In accordance with this Order, Plaintiffs filed the First Amended Complaint on November 9, 2005, which named three new defendants to this action.

2. On November 28, 2005, Defendants filed a Motion to Dismiss and a Motion to Strike Allegations contained in Plaintiffs' First Amended Complaint. The Court is scheduled to hear oral argument on Defendants' Motion to Dismiss and Motion to Strike on January 11, 2005.

3. On October 26, 2005, Plaintiffs filed a motion to compel Defendants' further responses to interrogatories and document requests. Magistrate Judge Brazil is scheduled to hear Plaintiffs' discovery motion on December 6, 2005.

4. By Notice of the Clerk, the Court set the last day to hear dispositve motions for February 8, 2006. In accordance with the Local Rules, the last day for the parties to file their opening briefs in accordance with the February 2006 hearing date is January 4, 2005.

5. Given that Defendants' Motion to Dismiss and Motion to Strike Allegations in the First Amended Complaint is scheduled for January 11, 2005, any resolution of the claims at issue in this case will not be resolved until after the parties' file their opening briefs in support of their motions for summary judgment.

6. If Plaintiffs' Motion for Further Responses to Discovery is granted by Magistrate Judge Brazil sometime after the December 6, 2005 hearing date, any further responses and document production by Defendants would most likely not occur until after the parties' opening briefs are currently due on January 4, 2006.

1    7.    Accordingly, Plaintiffs and Defendants believe it would be in the best interests of
2 the parties to continue the trial date and all related dates thereon in order to ensure the Court first
3 resolves which claims are properly at issue in this case.  Further, Plaintiffs believe that continuing
4 the trial and related dates will ensure they are provided with all evidence to which they are
5 entitled, before the parties are required to brief this Court on issues that may adjudicate some or
6 all of the claims in this action.

## CURRENT TRIAL AND RELATED DATES

8    1.    Trial Date:  May 1, 2006.

9    2.    Pre-Trial Conference:  April 6, 2006.

10    3.    Deadline to File & Serve Oppositions to Motions in Limine:  Not less than 15
11 calendar days prior to the pretrial conference.

12    4.    Deadline to Exchange Trial Materials:  Not less than 30 calendar days prior to the
13 pretrial conference.

14    5.    Deadline for Parties to Meet & Confer re: Joint Pre-Trial Statement:  Not less
15 than 40 days prior to the pretrial conference.

16    6.    Deadline for Defendants to Submit List of Disputed Facts:  Not less than 60 days
17 prior to trial.

18    7.    Deadline for Hearing Dispositive Motions:  February 8, 2006.

## PROPOSED TRIAL AND RELATED DATES

20    The parties stipulate to continue the trial date so that the following trial and pretrial dates
21 apply to this case:

22    1.    Trial Date:  ~~July 31, 2006.~~ September 25, 2006; 6 days

23    2.    Pre-Trial Conference:  ~~June 29, 2006.~~ September 7, 2006 at 2:30 pm

24    3.    Deadline to File & Serve Oppositions to Motions in Limine:  Not less than 15
25 calendar days prior to the pretrial conference.

26    4.    Deadline to Exchange Pre-Trial & Trial Materials:  Not less than 30 calendar days
27 prior to the pretrial conference.

28    5.    Deadline for Parties to Meet & Confer re: Joint Pre-Trial Statement:  Not less

1  than 40 days prior to the pretrial conference.

2        6.    Deadline for Defendants to Submit List of Disputed Jurisdictional Facts:  Not less

3  than 60 days prior to trial.[1]

4        7.    Deadline for Hearing Dispositive Motions:  ~~May 10, 2006.~~[2] May 24, 2006

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: December 6, 2005          ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                  /s/ Katherine K. Ikeda
                                                    Katherine K. Ikeda
                                                    Attorneys for Plaintiffs
                                      MICHAEL BUTLER AND RICHARD BUTLER

Dated: December 2, 2005          ALLIANCE DEFENSE FUND

                                                        Glen Lavy
                                                        Glen Lavy
                                                    Attorneys for Defendants
                                      ADOPTION MEDIA, LLC, ADOPTION
                                      PROFILES, LLC, DALE R. GWILLIAM and
                                      NATHAN W. GWILLIAM

//
//
//
//

---

[1] In its June 21, 2005 Order, the Court required, "no later than 60 days prior to trial, defendants submit a list of the alleged disputed facts or credibility considerations, which they intend to present to the jury for determination on the factual aspects of this issue." (Order Granting in Part and Denying in Part Motion to Strike Affirmative Defenses, dated June 21, 2005)  The parties read this to mean the Court has Ordered Defendants to submit a list of disputed facts as to jurisdictional facts only.  Defendants intend to seek clarification of this Order.

[2] The Court previously signed a stipulated order granting leave to violate its rule that all dispositive motions be heard at least 120 days prior to trial. (Stipulated Order to Modify Case Management and Pretrial Order, Extending Date for Hearing re: Motions for Summary Judgment, dated September 21, 2005)  Both the current February 8, 2006 and the proposed May 10, 2006 date sets the parties' motion for summary judgment hearing 82 days before trial.

1 **ORDER**

2 **FOR GOOD CAUSE SHOWN AND PURSUANT TO STIPULATION, IT IS SO**

3 **ORDERED**. AS MODIFIED

4

5 Dated: December 8, 2005

6 _____

7 THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE