I. NEEL CHATTERJEE (SBN 173985)
THERESA A. SUTTON (SBN 211857)
KATHERINE IKEDA (SBN 219819)
ORRICK, HERRINGTON & SUTCLIFFE
1000 Marsh Road
Menlo Park, California 94025
Telephone:   (650) 614.7400
Facsimile:    (650) 614.7401

SHANNON MINTER (SBN 168907)
COURTNEY JOSLIN (SBN 202103)
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 570
San Francisco, California 94102
Telephone:   (415) 392.6257
Facsimile:    (415) 392.8442

Attorneys for Plaintiffs, Michael Butler and Richard Butler

GLEN LAVY (AZ SBN 022922)
BENJAMIN W. BULL (AZ SBN 009940)
DALE SCHOWENGERDT (AZ SBN 022684)
BYRON J. BABIONE (NY 2714780)
ALLIANCE DEFENSE FUND
15333 North Pima Road, Suite 165
Scottsdale, Arizona 85260
Telephone:   (480) 444.0020
Facsimile:    (480) 444.0028

Attorneys for Defendants, Adoption Media, LLC, Adoption Profiles, LLC, Dale R. Gwilliam and Nathan W. Gwilliam

LLEWELLYN SPANN
DAVID L. LLEWELLYN, JR., (SBN 71706)
5530 Birdcage Street, Suite 210
Citrus Heights, California 95610
Telephone: (916) 966.9036
Facsimile: (916) 966.9033

Attorneys for Defendants
ADOPTION.COM, DALE R. GWILLIAM and NATHAN W. GWILLIAM, General Partners

LAW OFFICE OF
DOUGLAS C. FITZPATRICK
D. C. FITZPATRICK (AZ SBN 005152)
49 Bell Rock Plaza
Sedona, Arizona 86351
Telephone: (928) 284.2190
Facsimile: (928) 284.2191

Attorneys for Defendants
TRUE NORTH, INC. and ARACAJU, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL BUTLER and RICHARD BUTLER, as individuals and on behalf of the people of the state of California,<br><br>Plaintiffs,<br><br>v.<br><br>ADOPTION MEDIA, LLC, ADOPTION PROFILES, LLC, ADOPTION.COM, TRUE NORTH, INC., ARACAJU, INC., DALE R. GWILLIAM, NATHAN W. GWILLIAM, and DOES 1 through 100,<br><br>Defendants. | CASE NO. C04-0135 PJH<br><br>**MOTION FOR [~~PROPOSED~~] STIPULATED ORDER TO MODIFY CASE MANAGEMENT AND PRETRIAL ORDER, EXTENDING DATE FOR HEARING RE MOTIONS FOR SUMMARY JUDGMENT** |

US_WEST:260007489.1

Plaintiffs Michael Butler and Richard Butler and Defendants Adoption Media, LLC, Adoption Profiles, LLC, Dale R. Gwilliam, Nathan W. Gwilliam, Adoption.com, Aracaju, Inc., and True North, Inc., jointly move the Court pursuant to Civil L.R. 6-3 to modify the December 8, 2005, Case Management and Pretrial Order in accordance with the following Stipulation.

**STIPULATION TO MODIFY CASE MANAGEMENT AND PRETRIAL ORDER**

This Stipulation between the parties is made pursuant to Civil L.R. 7-12 and is based upon the following facts:

1. On December 8, 2005, the Court signed a stipulated order granting Plaintiffs' and Defendants' request to modify the Case Management and Pretrial Order by continuing the trial and related dates. The Court set the hearing on the parties' respective Motions for Summary Judgment for May 24, 2006 and set trial for September 25, 2006.

2. A conflict has arisen for Plaintiffs' counsel for May 24, 2006. The parties, therefore, seek to extend the hearing on their respective Motions for Summary Judgment to June 7, 2006. Trial is currently set for September 25, 2006, 109 days after the proposed hearing date. Pursuant to the Court's May 13, 2005, Case Management and Pretrial Order, however, "[a]ll dispositive motions are heard no later than 120 days before trial, unless leave of court is obtained for another deadline." The parties hereby request leave of Court for the proposed deadline.

3. Extending the foregoing deadlines will have no additional impact on the schedule for the case as no other deadlines in the Case Management and Pretrial Order need rescheduling at this time. Accordingly, the parties stipulate to extend the deadlines as set forth above, and respectfully request that the Court so order.

**CURRENT TRIAL AND RELATED DATES**

1. Trial Date: September 25, 2006.
2. Pre-Trial Conference: September 7, 2006.
3. Deadline to File & Serve Oppositions to Motions in Limine: Not less than 15 calendar days prior to the pretrial conference.

US_WEST:260007489.1

4. Deadline to Exchange Trial Materials:  Not less than 30 calendar days prior to the pretrial conference.

5. Deadline for Parties to Meet & Conference re: Joint Pre-Trial Statement:  Not less than 40 days prior to the pretrial conference.

6. Deadline for Defendants to Submit List of Disputed Facts:  Not less than 60 days prior to trial.

7. Deadline for Hearing Dispositive Motions:  May 24, 2006.

## PROPOSED TRIAL AND RELATED DATES

The parties stipulate to continue the hearing date regarding their respective Motions for Summary Judgment so that the following dates apply to this case:

1. Trial Date:  September 25, 2006.

2. Pre-Trial Conference:  September 7, 2006.

3. Deadline to File & Serve Oppositions to Motions in Limine:  Not less than 15 calendar days prior to the pretrial conference.

4. Deadline to Exchange Pre-Trial & Trial Materials:  Not less than 30 calendar days prior to the pretrial conference.

5. Deadline for Parties to Meet & Conference re: Joint Pre-Trial Statement:  Not less than 40 days prior to the pretrial conference.

6. Deadline for Defendants to Submit List of Disputed Jurisdictional Facts:  Not less than 60 days prior to trial.

7. Deadline for Hearing Dispositive Motions:  June 7, 2006.[1]

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

---

[1] The Court previously signed a stipulated order granting leave to violate its rule that all dispositive motions be heard at least 120 days prior to trial.  (Stipulated Order to Modify Case Management and Pretrial Order, Extending Date for Hearing re: Motions for Summary Judgment, dated September 21, 2005.)  The proposed June 7, 2006 date sets the parties' motion for summary judgment hearing 109 days before trial.

US_WEST:260007489.1               - 2 -

| | | |
|---|---|---|
| 1 | Dated: April 21, 2005 | ORRICK, HERRINGTON & SUTCLIFFE LLP |

/s/ Theresa A. Sutton /s/
Theresa A. Sutton

Attorneys for Plaintiffs
MICHAEL BUTLER AND RICHARD BUTLER

Dated: April 21, 2005                ALLIANCE DEFENSE FUND

/s/ Glen Lavy /s/
Glen Lavy

Attorneys for Defendants
ADOPTION MEDIA, LLC, ADOPTION PROFILES, LLC, DALE R. GWILLIAM and NATHAN W. GWILLIAM

Dated: April 21, 2005                LAW OFFICE OF DOUGLAS C. FITZPATRICK

/s/ Douglas C. Fitzpatrick /s/
Douglas C. Fitzpatrick

Attorneys for Defendants
ARACAJU, INC. and TRUE NORTH, INC.

Dated: April 21, 2005                LLEWELLYN SPANN

/s/ David L. Llewellyn, Jr. /s/
David L. Llewellyn, Jr.

Attorneys for Defendants
ADOPTION.COM, DALE R. GWILLIAM AND NATHAN W. GWILLIAM

| | |
|---|---|
| 1 | **ORDER** |
| 2 | **FOR GOOD CAUSE SHOWN AND PURSUANT TO STIPULATION, IT IS SO** |
| 3 | **ORDERED**. |

      May 2
Dated: ~~April~~ ___, 2006      _____
                                THE ~~HONORABLE~~ ~~PHYLLIS J.~~ HAMILTON
                                ~~UNITED STATES DISTRICT~~ JUDGE

