| | |
|---|---|
| **ALLIANCE DEFENSE FUND**<br>GLEN LAVY, AZ SBN 022922<br>BENJAMIN W. BULL, AZ SBN 009940<br>BYRON BABIONE, VA SBN 36031<br>DALE SCHOWENGERDT, AZ SBN 022684<br>15333 North Pima Road, Suite 165<br>Scottsdale, Arizona 85260<br>Voice: (480) 444-0020; Fax: (480) 444-0028<br>E-mail: glavy@telladf.org | **LLEWELLYN SPANN**, Attorneys at Law<br>DAVID L. LLEWELLYN, JR., CA SBN 71706<br>5530 Birdcage Street, Suite 210<br>Citrus Heights, California 95610<br>Voice: (916) 966-9036; Fax: (916) 966-9033<br><br>Attorneys for Defendants ADOPTION.COM, an Arizona General Partnership, DALE R. GWILLIAM and NATHAN W. GWILLIAM, General Partners |
| **LAW OFFICES OF TERRY L. THOMPSON**<br>TERRY L. THOMPSON, CA SBN 199870<br>P.O. Box 1346<br>Alamo, California 94507<br>Voice: (925) 855-1507; Fax: (925) 820-6034<br>E-mail: tl_thompson@earthlink.net | **LAW OFFICE OF DOUGLAS C. FITZPATRICK**<br>DOUGLAS C. FITZPATRICK, AZ SBN 005152<br>49 Bell Rock Plaza<br>Sedona, Arizona 86351<br>Voice: (928) 284-2190; Fax: (928) 284-2191<br>E-mail: fitzlaw@sedona.net |
| Attorneys for Defendants, ADOPTION MEDIA, LLC, ADOPTION PROFILES, LLC, DALE R. GWILLIAM and NATHAN W. GWILLIAM as officers and managers | **LAW OFFICE OF J. HECTOR MORENO, JR.**<br>J. HECTOR MORENO, JR., 131970<br>1800 Hamilton Avenue, Suite #100<br>San Jose, California 95125<br>Voice: (408) 266-9011; Fax: (408) 266-9040<br>E-mail: josehm@sbcglobal.net<br><br>Attorneys for Defendants TRUE NORTH, INC. and ARACAJU, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL BUTLER and RICHARD BUTLER, as individuals and on behalf of the people of the state of California,<br><br>Plaintiffs,<br><br>v.<br><br>ADOPTION MEDIA, LLC; ADOPTION PROFILES, LLC; ADOPTION.COM; TRUE NORTH, INC.; ARACAJU, INC.; DALE R. GWILLIAM, NATHAN W. GWILLIAM, and DOES 1 through 100,<br><br>Defendants. | CASE NO. C 04-0135 PJH<br><br>                    DENYING<br>[~~PROPOSED~~] ORDER G~~RANTING~~ DEFENDANTS' EMERGENCY REQUEST TO RESCHEDULE HEARING ON MOTIONS FOR SUMMARY JUDGMENT WITH CONSENT OF PLAINTIFFS<br><br>The Honorable Phyllis J. Hamilton |

1    This Court has reviewed and considered Defendants' Emergency Request to Reschedule Hearing on Motions for Summary Judgment With Consent of Plaintiffs.  The Court finds good cause shown and, noting that the parties are in agreement to rescheduling the hearing, currently scheduled for June 7, 2006, at 9:00 a.m., until Wednesday, June 14, 2006, at 9:00 a.m., the Court hereby GRANTS Defendants' Emergency Request.

The Hearing on Motions for Summary Judgment in this matter is hereby continued until Wednesday, June 14, 2006, at 9:00 a.m., Courtroom 3, 17th Floor.

IT IS SO ORDERED

Dated: __June 6_____, 2006.



_____
UNITED STATES DISTRICT JUDGE
PHYLLIS J. HAMILTON

[PROPOSED] ORDER GRANTING DEFENDANTS' EMERGENCY REQUEST TO RESCHEDULE HEARING ON MOTIONS FOR SUMMARY JUDGMENT – C-04-0135 PJH

1