United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL BUTLER, et al.,

Plaintiffs,

v.

ADOPTION MEDIA, LLC, et al.,

Defendants.

_________________________________/

No. C 04-0135 PJH

**ORDER RE FURTHER BRIEFING**

The parties are directed to file supplemental briefs addressing the effect on the claims in this case of the California Supreme Court's recent decisions in Kearney v. Salomon Smith Barney, Inc., 137 P.3d 914, 45 Cal. Rptr. 3d (Cal. 2006); Californians for Disability Rights v. Mervyn's LLC, __ Cal. Rptr. 3d __, 2006 WL 2042601 (Cal., July 24, 2006); and Branick v. Downey Sav. and Loan Ass'n, __ Cal. Rptr. 3d __, 2006 WL 2042604 (Cal., July 24, 2006).

Each side – plaintiffs and defendants (filing jointly) – shall file a brief not to exceed 10 pages, no later than September 6, 2006. Each side may file a response, not to exceed 10 pages, no later than September 20, 2006.

**IT IS SO ORDERED.**

Dated: August 2, 2006

______________________________
PHYLLIS J. HAMILTON
United States District Judge

United States District Court
For the Northern District of California