UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL BUTLER, et al.,

      Plaintiffs,

      v.

ADOPTION MEDIA, LLC, et al.,

      Defendants.
_____/

No. C 04-0135 PJH

**ORDER RE MOTIONS TO FILE DOCUMENTS UNDER SEAL**

In a motion filed on May 24, 2006, defendants seek an order permitting certain documents filed in connection with the parties' cross-motions for summary judgment to be filed under seal. Having considered the request in light of the standard set out by the Ninth Circuit in <u>Kamakana v. City and County of Honolulu</u>, 447 F.3d 1172 (9th Cir. 2006) and <u>Foltz v. State Farm Mut. Auto Ins. Co.</u>, 331 F.3d 1122 (9th Cir. 2003), and having reviewed the documents that are the subject of the motion, the court now rules as follows.

    1.    The request to seal portions of Exhibit A to the Declaration of Glen Lavy ("Lavy Declaration") in support of defendants' motion for summary judgment is DENIED.

    2.    The request to seal portions of Exhibit B to the Lavy Declaration is DENIED.

    3.    The request to seal portions of Exhibit L to the Lavy Declaration is GRANTED.

    4.    The request to seal portions of Exhibits L, U, V, W, and X to the Declaration of Dale R. Gwilliam ("D. Gwilliam Declaration") is GRANTED.

    5.    The request to seal Exhibit AA to the D. Gwilliam Declaration in its entirety is GRANTED.

6. The request to seal Exhibit B to the Declaration of Nathan W. Gwilliam in its entirety is GRANTED.

7. The request to seal Exhibits 15, 17, 23, 27-32, and 38 to the Declaration of Kathryn E. Grzenczyk ("Grzenczyk Declaration") in support of opposition to defendants' motion for summary judgment, in their entirety, is GRANTED.

8. The request to seal the portions of Exhibits 14 and 16 to the Grzenczyk Declaration containing the residential addresses is GRANTED. The request is otherwise DENIED.

9. The request to seal portions of Exhibit 26 to the Grzenczyk Declaration is DENIED.

10. The request to seal Exhibit 34 to the Grzenczyk Declaration in its entirety is GRANTED.

**IT IS SO ORDERED.**

Dated: March 30, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge