UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BUTLER, ET AL., | No. C-04-00135 PJH (JCS) |
| Plaintiff(s), | |
| v. | **NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER** |
| ADOPTION MEDIA, LLC, ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Joseph C. Spero for settlement purposes.

You are hereby notified that a Settlement Conference is scheduled for **May 15, 2007, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

In addition, IT IS HEREBY ORDERED as follows:

1. **No later than 5:00 p.m. on May 3, 2007**, Plaintiffs' counsel shall send an *e-mail* to Defendants' counsel, and to the undersigned at the address given below, a letter with: (1) a list of all jurisdictional facts in this case with respect to each defendant, for which Plaintiffs would like a stipulation; and (2) a description of each evidentiary issue that Plaintiffs believe needs to be resolved in order to settle with Defendant Adoption Media, LLC, and a proposed resolution of each evidentiary issue.

2. **No later than 5:00 p.m. on May 8, 2007**, Defendants' counsel shall e-mail to Plaintiffs' counsel, and to the undersigned, a letter that: (1) responds to each of the jurisdictional facts upon which Plaintiffs seek a stipulation; (2) lists any additional jurisdictional facts that

Defendants believe should be stipulated to in connection with the decision on jurisdiction in this case. This letter should also include a response to Plaintiffs' list of evidentiary issues that need to be resolved in order to settle with Defendant Adoption Media, LLC and to Plaintiffs' proposed resolution of the evidentiary issues.

3. **On May 10, 2007, or May 11, 2007**, lead trial counsel for Plaintiffs and lead trial counsel for Defendants are ORDERED to meet and confer *in person* regarding the two letters in an effort to narrow the issues that need to be resolved at the Settlement Conference.

4. Lead trial counsel shall appear at the Settlement Conference with all of the parties. However, Defendants have asked that individual defendant Dale R. Gwilliam attend the Settlement Conference on behalf of himself and Nathan W. Gwilliam, and that Nathan W. Gwilliam be excused from attending the Settlement Conference. **Plaintiffs shall advise the Court of their position on this matter by e-mail no later than May 2, 2007.**

Personal attendance of a party representative will rarely be excused by the Court, and then only upon separate written application demonstrating substantial hardship served on opposing counsel and lodged as early as the basis for the hardship is known but no later than the Settlement Conference Statement.

5. **Each party shall prepare a Settlement Conference Statement, which shall be e-mailed no later than 2:00 p.m. on May 11, 2007, to the following address: Mary_Ann_Gomez@ cand.uscourts.gov. The Settlement Conference Statement should NOT be electronically filed with the Clerk of the Court, NOR served on opposing counsel.** The Settlement Conference Statement shall include a proposal for settling the entire case and any other information the parties think would be useful at the Settlement Conference.

It is not unusual for the conference to last three (3) or more hours. Parties are encouraged to participate and frankly discuss their case. Statements they make during the conference will not be admissible at trial in the event the case does not settle. The parties should be prepared to discuss such issues as:

1. Their settlement objectives.

2. Any impediments to settlement they perceive.

3. Whether they have enough information to discuss settlement. If not, what additional information is needed.

4. The possibility of a creative resolution of the dispute.

The parties shall notify Chambers immediately at (415) 522-3691 if this case settles prior to the date set for Settlement Conference. Counsel shall provide a copy of this order to each party who will participate in the conference.

IT IS SO ORDERED.

Dated: April 30, 2007

JOSEPH C. SPERO
United States Magistrate Judge