**United States District Court**
For the Northern District of California

1

2

3

4                     UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7   MICHAEL BUTLER, ET AL.,                    No. C-04-00135 PJH (JCS)

8              Plaintiff(s),              **ORDER DENYING DEFENDANT'S**
                                          **REQUEST TO BE EXCUSED FROM**
9        v.                               **PERSONALLY ATTENDING**
                                          **SETTLEMENT CONFERENCE**
10  ADOPTION MEDIA, LLC, ET AL.,

11             Defendant(s).
    _____/
12

13  TO ALL PARTIES AND COUNSEL OF RECORD:

14        The above matter was referred to the undersigned for settlement purposes.  A Settlement

15  Conference was subsequently scheduled for **May 15, 2007, at 9:30 a.m.**, in Courtroom A.

16        During a teleconference initiated by the Court on April 27, 2007, Defense counsel requested

17  that individual Defendant Nathan Gwilliam be excused from personally attending the Settlement

18  Conference.  On May 3, 2007, the Court received correspondence from Plaintiffs' counsel, I. Neel

19  Chatterjee, objecting to defense counsel's request.

20        Individual Defendant Nathan Gwilliam's request is DENIED.  IT IS THEREFORE

21  ORDERED that Defendant Nathan Gwilliam personally appear at the May 15, 2007 Settlement

22  Conference.

23        IT IS SO ORDERED.

24

25  Dated: May 10, 2007

26                                          _____
                                            JOSEPH C. SPERO
27                                          United States Magistrate Judge

28