1  I. NEEL CHATTERJEE (State Bar No. 173985)
   THERESA A. SUTTON (State Bar No. 211857)
2  KATHERINE IKEDA (State Bar No. 219819)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  1000 Marsh Road
   Menlo Park, CA  94025
4  Telephone:     650-614-7400
   Facsimile:     650-614-7401
5
   SHANNON MINTER (State Bar No. 168907)
6  NATIONAL CENTER FOR LESBIAN RIGHTS
   870 Market Street, Suite 570
7  San Francisco, CA  94102
   Telephone:     415-392-6257
8  Facsimile:     415-392-8442

9  Attorneys for Plaintiffs
   MICHAEL BUTLER AND RICHARD BUTLER
10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15  MICHAEL BUTLER and RICHARD BUTLER, as individuals and on behalf of the people of the state of California, | Case No.  C-04-0135 PJH |
| 17  Plaintiffs, | **STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(ii) AND [PROPOSED] ORDER** |
| 18  v. | |
| 19  ADOPTION MEDIA, LLC, ADOPTION PROFILES, LLC, ADOPTION.COM, TRUE NORTH, INC., ARACAJU, INC., DALE R. GWILLIAM, NATHAN W. GWILLIAM, and DOES 1 through 100, | |
| 22  Defendants. | |

1  The parties hereto, having amicably resolved their differences, hereby stipulate to a dismissal of all claims and counterclaims in this action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  Each party shall bear its own costs and attorneys' fees.

Dated: May 30, 2007

/s/
I. Neel Chatterjee
Attorneys for Plaintiffs
MICHAEL BUTLER AND RICHARD BUTLER

Dated: May 30, 2007

/s/
Glen Lavy
Attorneys for Defendants
ADOPTION MEDIA, LLC, ADOPTION PROFILES, LLC, ADOPTION.COM, TRUE NORTH, INC., ARACAJU, INC., DALE R. GWILLIAM, AND NATHAN W. GWILLIAM

Good cause appearing, it is SO ORDERED.

Dated: ~~June~~ May 31, 2007

_____
The Honorable Phyllis J. Hamilton
United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Phyllis J. Hamilton]

## **CERTIFICATION**

I attest that Glen Lavy has concurred in the filing of this document.

Dated: May 30, 2007

                                                /s/
                                 I. Neel Chatterjee
                                Attorneys for Plaintiffs
               MICHAEL BUTLER AND RICHARD BUTLER

OHS West:260235132.2

- 2 -

STIPULATION OF DISMISSAL
C-04-0135 PJH